# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **18−20166 − WIL**    Chapter: **7**

**Robert Oran Rice Jr. and**
**Melissa Leigh Rice**
Debtors

## NOTICE OF NON−COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the pay advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Local Bankruptcy Rule 1007−4 , and

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 8/30/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410−962−4072

cc:   Debtor
      Attorney for Debtor – Daniel J. Guenther
      Case Trustee – Steven H Greenfeld
      U.S. Trustee
      All Creditors

Form trnoncmp